# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. **25-58080-JWC** |
| **Shatique Lavette Kelly aka Shatique Metoyer,** | : | CHAPTER 13 |
| Debtor. | : | |
| Yamasa Co., LTD | : | |
| Movant, | : | |
| vs. | : | CONTESTED MATTER |
| Shatique Lavette Kelly aka Shatique Metoyer, Debtor(s), | : | |
| Nancy J. Whaley, Trustee, | : | |
| Respondents. | : | |

## DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY

COMES NOW Debtor, through counsel, and files this *Debtor's Response to Motion for Relief from Stay*, showing to this Honorable Court the following:

1.

Debtor opposes the relief requested in Movant's motion and requests to be heard on the matter.

Respectfully submitted,

*/s/ Richard H. Thomson*
Richard H. Thomson
GA Bar # 710264
Attorney for Debtor

Clark & Washington, P.C.
3300 Northeast Expressway, NE
Building 3
Atlanta  GA  30341
Phone: (404) 522-2222
Fax: (770) 220-0685
Email: ecfnotices@cw13.com

## CERTIFICATE OF SERVICE

I certify that on the 22nd day of December 20 25, I electronically filed the foregoing *Debtor's Response to Motion for Relief from Stay* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Nancy J. Whaley, the Standing Chapter 13 Trustee

I further certify that on this day I caused a copy of this document to be served via the United States First Class Mail, with adequate postage prepaid or overnight mail on the following parties at the address shown for each.

Shatique Lavette Kelly aka Shatique Metoyer,
Debtor
872 Bristol Way
Lithonia GA 30058


Yamasa Co., LTD
c/o Matthew F. Totten
The Totten Firm, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338


DATE: 12/22/2025

*/s/ Richard H. Thomson*
Richard H. Thomson, GA Bar No. 710264
Attorney for Debtors
Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta GA 30341
Phone: 404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com