UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| SHATIQUE LAVETTE KELLY | : |
| | : CASE NUMBER A25-58080-JWC |
| | : |
| DEBTOR | : |

### TRUSTEE'S SUPPLEMENTAL REPORT
### FOLLOWING CONFIRMATION HEARING

**Nancy J. Whaley, Standing Chapter 13 Trustee to report in ten (10) days following the Confirmation Hearing held on November 18, 2025:**

As to whether the Debtor filed amended Schedules I and J

**The Trustee has reviewed the case as instructed and:**

The Trustee withdraws her Objections to Confirmation

*Please enter an Order of Confirmation.*

This the 23rd day of December, 2025.

                                                   /s/
                                        Julie M. Anania,
                                        Attorney for Standing Chapter 13 Trustee
                                        GA Bar Number 477064
                                        303 Peachtree Center Ave., NE
                                        Suite 120
                                        Atlanta, GA  30303
                                        (678) 992-1201
/mp                                   janania@njwtrustee.com

# CERTIFICATE OF SERVICE

Case No:  A25-58080-JWC

I certify that on this day I caused a copy of this Chapter 13 Trustee's Supplemental Report Following Confirmation to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

SHATIQUE LAVETTE KELLY
872 BRISTOL WAY
LITHONIA, GA  30058

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

CLARK & WASHINGTON, P.C.

This the 23rd day of December, 2025.

/s/_____
    Julie M. Anania
    Attorney for the Chapter 13 Trustee
    State Bar No. 477064
    303 Peachtree Center Avenue, NE
    Suite 120
    Atlanta, GA 30303
    678-992-1201