**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

**Atlanta Division**

| | |
|---|---|
| In Re: Debtor(s)<br>**Shatique Lavette Kelly**<br>872 Bristol Way<br>Lithonia, GA 30058<br><br>**xxx−xx−3715** | Case No.: **25−58080−jwc**<br>Chapter: **13**<br>Judge: **Jeffery W. Cavender** |

# ORDER CONFIRMING PLAN

The Chapter 13 Plan of Debtor or Debtors (hereinafter "Debtor") has been transmitted to all creditors. Debtor's plan, or plan as modified, satisfies the requirements of 11 U.S.C. § 1325.

Accordingly, it is ORDERED that

(1) The Chapter 13 plan is confirmed;

(2) Property of the estate shall not revest in Debtor until the earlier of discharge of Debtor, dismissal of the case, or closing of case without the entry of a discharge, unless the Court orders otherwise;

(3) A creditor must have a proof of claim filed with the Clerk of Court in order to receive a distribution under this plan, without regard to any other provision of the plan; and

(4) Attorney fees for Debtor's counsel provided for in the Chapter 13 plan and disclosed in the disclosure statement required by Federal Rule of Bankruptcy Procedure 2016(b) are allowed as an administrative expense, subject to disgorgement or disallowance upon request of any party in interest or *sua sponte* by the Court.

(5) Unless the Court orders otherwise, if the amount of a creditor's secured claim is listed in § 3.2 of the plan as having no value (i.e., is zero), the lien securing that claim will terminate and be released by the creditor without further order, effective upon entry of discharge or an order closing the case without discharge. If the case is dismissed or converted to chapter 7, no such lien shall be affected by this Order in accordance with 11 U.S.C. §§ 349(b)(1)(C) or 348(f)(1)(B), as applicable.

(6) Unless the Court orders otherwise, if a claim is listed in § 3.2 of the plan as having value, the lien securing that claim will terminate and be released by the creditor without further order in accordance with § 3.2 of the plan. If the case is dismissed or converted to chapter 7, no such lien shall be affected by this Order in accordance with 11 U.S.C. §§ 349(b)(1)(C) or 348(f)(1)(B), as applicable.

(7) Unless the Court orders otherwise, if § 3.4 of the plan provides that a judicial lien or a nonpossessory, nonpurchase money security interest is avoided as of the entry of the order confirming the plan, such avoidance is subject to 11 U.S.C. §§ 349 and 522(c) if the case is dismissed.

      (8) Because no party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. § 521(i)(2) and because the parties in interest should not be subjected to any uncertainty as to whether this case is subject to automatic dismissal under § 521(i)(1), Debtor is not required to file any further document pursuant to § 521(a)(1)(B) to avoid an automatic dismissal and this case is not and was not subject to automatic dismissal under § 521(i)(1). This does not prevent any party in interest from requesting by motion that Debtor supply further information described in § 521(a)(1)(B), and this does not prevent the Chapter 13 Trustee from requesting by any authorized means, including but not limited to motion, that the Debtor supply further information.

      The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest.

**IT IS SO ORDERED.**

Dated:   December 29, 2025

New Form 132

_____

Jeffery W. Cavender  
United States Bankruptcy Judge

United States Bankruptcy Court

Northern District of Georgia

In re:     Case No. 25-58080-jwc

Shatique Lavette Kelly     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9     User: bncadmin     Page 1 of 4
Date Rcvd: Dec 29, 2025     Form ID: 132     Total Noticed: 50

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shatique Lavette Kelly, 872 Bristol Way, Lithonia, GA 30058-8252 |
| cr | + | YAMASA CO., LTD, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350 UNITED STATES 30338-4154 |
| 25375999 | + | Kinum Inc, RA: URS AGENTS, INC. (CA), 3675 Crestwood Pkwy, Suite 100, Duluth, GA 30096-5045 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 29 2025 20:37:14 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 29 2025 20:37:23 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: bkyelectnotices@trelliscompany.org | Dec 29 2025 20:30:00 | Sloan Servicing, c/o Trellis Company, PO Box 83100, Round Rock, TX 78683-3100 |
| 25438580 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 29 2025 20:37:34 | Ally Bank, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25375979 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 29 2025 20:28:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 25483726 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 29 2025 20:37:25 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25375980 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 29 2025 20:28:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 25375981 | ^ | MEBN | Dec 29 2025 20:29:39 | CACI, Attn: Bankruptcy, 500 Northwest Plaza, Florissant, MO 63074 |
| 25401464 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 29 2025 20:37:13 | Capital Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 25375982 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 29 2025 20:37:13 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 25375983 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 29 2025 20:37:25 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 25427677 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 29 2025 20:37:23 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25387223 | | Email/Text: mrdiscen@discover.com | Dec 29 2025 20:28:00 | Capital One, N.A., successor by merger to, Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 25375984 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 29 2025 20:29:00 | Comenity Capital/Acadmy, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 25375985 | + | Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | Dec 29 2025 20:30:00 | Credit Systems International, Inc, Attn: Bankruptcy, Po Box 1088, Arlington, TX 76004-1088 |
| 25375986 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 29 2025 20:30:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 25375987 | + | Email/Text: mrdiscen@discover.com | Dec 29 2025 20:28:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 25375990 | | Email/Text: operations@empower.me | Dec 29 2025 20:29:00 | Empower Cash Advance, Attn: Bankruptcy, 660 York St Ste 102, San Francisco, CA 94110 |
| 25375991 | | Email/Text: BNSFN@capitalsvcs.com | Dec 29 2025 20:29:00 | First National Bank, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 25375993 | + | Email/Text: bankruptcy@fsnb.com | Dec 29 2025 20:30:00 | FSNB, Attn: Bankruptcy, Po Box 33009, Fort Sill, OK 73503-0009 |
| 25473314 | + | Email/Text: bankruptcy@fsnb.com | Dec 29 2025 20:30:00 | FSNB, N.A., 511 SW A AVE, LAWTON, OK 73501-3927 |
| 25375992 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 29 2025 20:37:24 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 25375994 | | Email/Text: brnotices@dor.ga.gov | Dec 29 2025 20:29:00 | Georgia Department of Revenue, Compliance Division, ARCS Bankruptcy, 1800 Century BLVD NE Suite 9100, Atlanta, GA 30345-3202 |
| 25375995 | + | Email/Text: ahamilton@hillcrestdavidson.com | Dec 29 2025 20:29:00 | Hillcrest Davidson & Associates, Attn: Bankruptcy, 715 N Glenville - Suite 450, Richardson, TX 75081-2898 |
| 25375996 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 29 2025 20:29:00 | IC Systems, Inc, Attn: Bankruptcy, 444 Hwy 96 East, St. Paul, MN 55127-2557 |
| 25375997 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 29 2025 20:29:00 | IRS, 401 W. Peachtree St., NW, Stop #334-D, Room 400, Atlanta, GA 30308 |
| 25438821 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 29 2025 20:30:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 25375998 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 29 2025 20:30:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 25483642 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 29 2025 20:37:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25401467 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 29 2025 20:37:13 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 25376000 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 29 2025 20:37:13 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 25480933 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 29 2025 20:30:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 25376001 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 29 2025 20:30:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 25376002 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 29 2025 20:30:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 25485572 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 29 2025 20:37:24 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 25444794 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 29 2025 20:30:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 25376003 | + | Email/Text: bknotices@progressresidential.com | Dec 29 2025 20:30:00 | Progress Residential, 7500 N. Dobson Rd, #300, Scottsdale, AZ 85256-2727 |

District/off: 113E-9 | User: bncadmin | Page 3 of 4
Date Rcvd: Dec 29, 2025 | Form ID: 132 | Total Noticed: 50

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 25437876 | | Email/Text: bnc-quantum@quantum3group.com | Dec 29 2025 20:29:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 25455992 | | Email/Text: bnc-quantum@quantum3group.com | Dec 29 2025 20:29:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 25393928 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 29 2025 20:29:00 | Sloan Servicing on behalf of ECMC, Educational Credit Management Corp, PO Box 16408, St. Paul MN 55116-0408 |
| 25393973 | | Email/Text: bkyelectnotices@trelliscompany.org | Dec 29 2025 20:30:00 | Sloan Servicing on behalf of Trellis Company, Trellis Company, PO Box 83100, Round Rock TX 78683-3100 |
| 25376004 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Dec 29 2025 20:29:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, Po Box 9004, Melville, NY 11747-9004 |
| 25376005 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 29 2025 20:30:00 | Transworld System Inc, Attn: Bankruptcy, Po Box 15618, Wilmington, DE 19850-5618 |
| 25376006 | + | Email/Text: accountservicing@trueaccord.com | Dec 29 2025 20:29:00 | Trueaccord C, 16011 College Blvd, Lenexa, KS 66219-1366 |
| 25390613 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 29 2025 20:30:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, LINCOLN, NE 68508-1904 |
| 25376862 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Dec 29 2025 20:29:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 25376007 | ^ | MEBN | Dec 29 2025 20:29:48 | Velocity Investments, LLC, RA: Corporation Service Company, 2 Sun Court, Suite 400, Norcross, GA 30092-2865 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25375988 | | Eddie Kelly |
| 25375989 | | Eddie Kelly |
| 25395637 | * | Sloan Servicing on behalf of Trellis Company, Trellis Company, PO Box 83100, Round Rock TX 78683-3100 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 31, 2025  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2025 at the address(es) listed below:

District/off: 113E-9  User: bncadmin  Page 4 of 4
Date Rcvd: Dec 29, 2025  Form ID: 132  Total Noticed: 50

| Name | Email Address |
|---|---|
| E. L. Clark | on behalf of Debtor Shatique Lavette Kelly cwatlantabk@gmail.com  clarkwash@ecf.courtdrive.com |
| Matthew Franklin Totten | on behalf of Creditor YAMASA CO.  LTD mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Nancy J. Whaley | ecf@njwtrustee.com |

TOTAL: 3