**IT IS ORDERED as set forth below:**

**Date: January 6, 2026**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | { | CHAPTER 13 |
| SHATIQUE LAVETTE KELLY | { | CASE NO.: A25-58080-JWC |
| | { | |
| DEBTOR | { | |

### SUPPLEMENTAL ORDER OF CONFIRMATION

On November 18, 2025 at 9:30 a.m., the Court held a hearing on Confirmation of the Debtor's proposed plan. Appearances were made by counsel for the Debtor and counsel for the Trustee. An agreement was reached in regard to the outstanding objections to confirmation from the Trustee. Per agreement of the parties and review of the record, it is hereby

**ORDERED** that the Debtor shall strictly comply with the requirements of the Chapter 13 Plan. If during the first twelve (12) months following confirmation, Debtor fails to pay each plan payment on a timely basis, then the Chapter 13 Trustee may, without further notice, submit a report of non-compliance to the Court, and the case may be dismissed without further hearing.

The Clerk of the Court is directed to serve notice of this Order on all parties included on the

attached Distribution List.

**END OF DOCUMENT**

Presented by:                                         Consented to by:

\_\_\_\_/s/_____                   \_\_\_\_/s/_____
Julie M. Anania,                                      Jessica Douglas,
Attorney for Chapter 13 Trustee                       Attorney for Debtor
GA Bar No. 477064                                     GA Bar No. 340570
303 Peachtree Center Ave., NE                         Clark &Washington, P.C.
Suite 120                                             3300 Northeast Expressway, Bldg. 3
Atlanta, GA  30303                                    Atlanta, GA 30341
(678) 992 - 1201                                      *Signed by Julie M. Anania*
janania@njwtrustee.com                                *with express permission*

**DISTRIBUTION LIST**

Case Number **A25-58080-JWC**

Shatique Lavette Kelly
872 Bristol Way
Lithonia, GA 30058

Clark & Washington, P.C.
3300 Northeast Expressway
Building 3
Atlanta, GA 30341

Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303