**IT IS ORDERED as set forth below:**

**Date: January 6, 2026**

_____

Jeffery W. Cavender
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: { | CHAPTER 13 |
| SHATIQUE LAVETTE KELLY { | CASE NO.: A25-58080-JWC |
| { | |
| DEBTOR { | |

**SUPPLEMENTAL ORDER OF CONFIRMATION**

On November 18, 2025 at 9:30 a.m., the Court held a hearing on Confirmation of the Debtor's proposed plan. Appearances were made by counsel for the Debtor and counsel for the Trustee. An agreement was reached in regard to the outstanding objections to confirmation from the Trustee. Per agreement of the parties and review of the record, it is hereby

**ORDERED** that the Debtor shall strictly comply with the requirements of the Chapter 13 Plan. If during the first twelve (12) months following confirmation, Debtor fails to pay each plan payment on a timely basis, then the Chapter 13 Trustee may, without further notice, submit a report of non-compliance to the Court, and the case may be dismissed without further hearing.

The Clerk of the Court is directed to serve notice of this Order on all parties included on the

attached Distribution List.

**END OF DOCUMENT**

Presented by:                                          Consented to by:

____/s/_____                    ____/s/_____
Julie M. Anania,                                       Jessica Douglas,
Attorney for Chapter 13 Trustee                        Attorney for Debtor
GA Bar No. 477064                                      GA Bar No. 340570
303 Peachtree Center Ave., NE                          Clark &Washington, P.C.
Suite 120                                              3300 Northeast Expressway, Bldg. 3
Atlanta, GA  30303                                     Atlanta, GA 30341
(678) 992 - 1201                                       *Signed by Julie M. Anania*
janania@njwtrustee.com                                 *with express permission*

**DISTRIBUTION LIST**

Case Number **A25-58080-JWC**

Shatique Lavette Kelly
872 Bristol Way
Lithonia, GA 30058

Clark & Washington, P.C.
3300 Northeast Expressway
Building 3
Atlanta, GA 30341

Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 25-58080-jwc |
| Shatique Lavette Kelly | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
| Date Rcvd: Jan 06, 2026 | Form ID: pdf504 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shatique Lavette Kelly, 872 Bristol Way, Lithonia, GA 30058-8252 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 08, 2026 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| E. L. Clark | on behalf of Debtor Shatique Lavette Kelly cwatlantabk@gmail.com  clarkwash@ecf.courtdrive.com |
| Matthew Franklin Totten | on behalf of Creditor YAMASA CO.  LTD mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Nancy J. Whaley | ecf@njwtrustee.com |

TOTAL: 3