**IT IS ORDERED as set forth below:**

**Date: March 10, 2026**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>Shatique Lavette Kelly aka Shatique Metoyer<br><br>**Debtor(s)**. | CASE NO. 25-58080-jwc<br>CHAPTER 13 |
| Yamasa Co. LTD<br><br>**Movant**<br><br>v.<br><br>Shatique Lavette Kelly aka Shatique Metoyer, Debtor(s);<br>and Nancy J. Whaley, Trustee<br>**Respondents**. | Judge Jeffery W. Cavender<br><br>CONTESTED MATTER |

**ORDER DENYING MOTION FOR RELIEF FROM STAY WITH STRICT COMPLIANCE**

This matter came before the Court on Movant's Motion for Relief from Stay [Doc. No. 33], as filed on December 8, 2025. A hearing was scheduled on Movant's Motion on January 6, 2026. Prior to said hearing, Movant and Debtor resolved the Motion by evidencing their consent to terms contained herein, as further announced to the Court.

1

Movant is a landlord/creditor pursuant to a Residential Lease Agreement dated August 20 2025, at a rate of $1975.00 per month, plus utilities and other amounts accruing thereunder (hereinafter, the "Lease").  The Lease is executed by Shatique Lavette Kelly aka Shatique Metoyer, relative to certain property known as 872 Bristol Way, Lithonia GA 30058, (hereinafter, the "Property").  A true and correct copy of the Lease was attached to the Motion and incorporated herein by reference.

The Debtor failed to timely remit rent under the terms of the Lease for non-payment of rent and utilities post-petition, including post-petition default for failure to pay rent for October, November, and December 2025; as a result, Movant sought relief from the automatic stay.

Debtor desires to remain in possession of the Property and to otherwise abide by the terms and obligations of the Lease. Therefore, the Court orders as follows:

**IT IS HEREBY ORDERED** that the Motion for Relief from Stay with respect to the Property as to the Debtor is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

**IT IS FURTHER ORDERED** that the total post-petition arrearage through January 2026, representing rent, utilities, and late fees accruing under the terms of the Lease, shall be paid as follows to Movant: $4,085.33 by January 31, 2026.

**IT IS FURTHER ORDERED** that all payments tendered by Debtor to Movant shall be made in certified funds. Payments must be received at Movant's mailing address, located at 7500 N. Dobson Road, Ste 300, Scottsdale AZ 85256 or to such address or payment method as may be hereafter designated. Failure to tender the above-described payment due by January 31, 2026, shall entitle Movant to an order lifting the stay under

2

§§362(a),(d) to allow it to pursue its state law remedies as to Debtor and the Property upon a sworn affidavit of Movant's counsel without further notice or hearing.

**IT IS FURTHER ORDERED** that Debtor will resume strict compliance with the Lease, including as to the monthly rental payments and utilities due beginning <u>February 1, 2026</u>. Should Debtor default on said regular rental payments which come due according to the Lease through <u>August 1, 2026</u>, then upon notice of default sent by first class mail to Debtor to the address(es) that appear on the attached distribution list, and to Debtor's attorney to the designated email address as maintained with the CM/ECF system and failure to cure such default within five (5) days from the date of said notice by sending payment to such address that Movant directs in its Notice of Default, Movant may file a motion and affidavit of default with the Court, with service upon Debtor and Debtor's attorney, and the Court may enter an Order lifting the automatic stay under §§362(a),(d) without further notice or hearing.

**[END OF DOCUMENT]**

| | |
|---|---|
| /s/ Matthew F. Totten | /s/ Jessica Douglas [by exp. perm.] |
| Matthew F. Totten | Jessica Douglas |
| GA Bar No. 798589 | GA Bar # 340570 |
| THE TOTTEN FIRM, LLC | Clark & Washington, LLC |
| 5579 Chamblee-Dunwoody Rd, | Bldg. 3 |
| Ste B-136 | 3300 Northeast Expwy. |
| Atlanta, GA 30338 | Atlanta, GA 30341 |
| *Attorney for Movant* | *Attorneys for Debtor* |

Seen and No Opposition:

/s/ Julie M. Anania [by exp. perm.]
Julie M. Anania
GA Bar # 477064
Office of Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Ave
Atlanta, GA 30303

4

Distribution List:

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341
*Counsel for Debtor*

Matthew F. Totten
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd,
Ste B-136
Atlanta, GA 30338
*Counsel for Movant*

Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Ave
Atlanta, GA 30303
*Trustee*

Shatique Lavette Kelly aka Shatique Metoyer, Debtor
872 Bristol Way
Lithonia GA 30058

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 25-58080-jwc |
| Shatique Lavette Kelly | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
| Date Rcvd: Mar 11, 2026 | Form ID: pdf401 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shatique Lavette Kelly, 872 Bristol Way, Lithonia, GA 30058-8252 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2026            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| E. L. Clark | on behalf of Debtor Shatique Lavette Kelly cwatlantabk@gmail.com clarkwash@ecf.courtdrive.com |
| Matthew Franklin Totten | on behalf of Creditor YAMASA CO. LTD mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Nancy J. Whaley | ecf@njwtrustee.com |

TOTAL: 3