IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:
Shatique Lavette Kelly aka Shatique Metoyer,

**Debtor(s).**

_____

Yamasa Co. LTD

**Movant**

v.

Shatique Lavette Kelly aka Shatique Metoyer,
Debtor(s);
and Melissa J. Davey, Trustee
  **Respondents.**

CASE NO. 25-58080-jwc
CHAPTER 13

Judge Jeffery W. Cavender

CONTESTED MATTER

## AFFIDAVIT OF DEBTOR'S NONCOMPLIANCE WITH COURT ORDER

PERSONALLY APPEARED before the undersigned officer duly authorized to administer oaths, Matthew F. Totten, who first being sworn on oath deposes and states as follows:

1. My name is Matthew F. Totten; I am over 21 years of age and suffering from no disease or defect that would render me incompetent to testify before this Court. I am competent to testify to all matters set forth herein and do so based on my personal knowledge.

2. I am an attorney licensed to practice law in the State of Georgia.

3. I represent the Movant as legal counsel in the above-styled matter.

4. Per this Court's strict compliance order dated March 11, 2026 [Doc. 43], Debtor SHATIQUE LAVETTE KELLY AKA SHATIQUE METOYER was ordered to strictly comply with the ongoing rental payments through August 1, 2026.

1

5. Additionally, Debtor agreed to cure the post-petition balance through January 2026 via two payment of $4,085.33 by January 31, 2026.

6. Debtor further agreed to resume strict compliance with the ongoing monthly rental payments and utilities, commencing February 1, 2026.

7. Debtor failed to cure the post-petition balance owing through January 2026, having to-date only paid $1,653.27 out of the $4,085.33 to be paid by January 31, 2026.

8. Debtor failed to pay post-petition rent for the months of February and March 2026.

9. On March 18, 2026, counsel for Movant sent to Debtor and Debtor's Counsel a Notice of Default; a copy of said Notice of Default is attached hereto as an Exhibit.

10. As of this date, Debtor remains in possession of the property in question in this matter despite their failure to comply with the foregoing terms as ordered by this Court.

11. Pursuant to the foregoing, Movant respectfully requests that this Court enter an order lifting the automatic stay under §§ 362 and Bankruptcy Rule 4001(a)(3).

FURTHER AFFIANT SAYEHT NAUGHT.

This 30ᵗʰ day of _March_, 2026.

Matthew F. Totten
GA Bar. No. 798589
Attorney for Movant

Sworn and subscribed before me
This 30ᵗʰ day of _March_, 2026

Notary Public

2

**THE TOTTEN FIRM**

REAL ESTATE ATTORNEYS

5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30338

Matthew F.Totten, Esq.
Direct Dial: (404) 692-4342
Email: mft@tottenfirm.com

March 18, 2026

**VIA FIRST CLASS MAIL & E-MAIL –Jessica Douglas (jdouglas@cw13.com)**
**(msherrer@cw13.com)**

| Jessica Douglas Clark & Washington, LLC Bldg. 3 3300 Northeast Expwy. Atlanta, GA 30341 *Counsel for Debtor* | Shatique Lavette Kelly aka Shatique Metoyer, Debtor 872 Bristol Way Lithonia GA 30058 *Debtor* | |
|---|---|---|
| | | |

RE:  Notice of Default, Strict Compliance, *IN RE: Shatique Lavette Kelly aka Shatique Metoyer, Case No. 25-58080-jwc, US Bankruptcy Court, Northern District of Georgia*

To Whom It May Concern:

Pursuant to the terms of that Bankruptcy Court Order, as attached hereto, please be advised that the debtor is in default of the regular rental payments which have come due according to the terms of the Lease post-bankruptcy filing.

For ease of reference, I have included a snapshot of the funds remaining outstanding pursuant to the terms of the lease per my client post-petition and which remains unpaid.

Should the debtor fail to cure its default within five (5) days of this letter, my client intends to move forward pursuant to the terms of the enclosed order. Payments must be received at Movant's mailing address set forth in the lease, as located at 7500 N. Dobson Rd, Ste 300, Scottsdale AZ 85256.

Sincerely,

THE TOTTEN FIRM, LLC

*/s/ Matthew F. Totten*

Matthew F. Totten, Esq.

Attachments

| Date | Code | Description | Charge | Payment | Balance | Ref |
|---|---|---|---|---|---|---|
| 12/01/2025 | utlelec | Electricity - 09/17/25-10/17/25 | 269.79 | | 2,761.55 | 59406750 |
| 12/01/2025 | utlgas | Gas - 09/12/25-10/13/25 | 75.74 | | 2,837.29 | 59406751 |
| 12/01/2025 | utlfee | Service Fee | 8.99 | | 2,846.28 | 59406752 |
| 12/01/2025 | utlswr | Sewer - 09/10/25-10/12/25 | 72.42 | | 2,918.70 | 59406753 |
| 12/01/2025 | pmadmin | Utility Default Fee - 09/17/25-10/17/25 | 50.00 | | 2,968.70 | 59406754 |
| 12/01/2025 | utlwtr | Water - 09/10/25-10/12/25 | 18.65 | | 2,987.35 | 59406755 |
| 12/01/2025 | rent | Rent (12/2025) | 381.00 | | 3,368.35 | 59850407 |
| 12/01/2025 | smart | Progress Smart Home (12/2025) | 19.99 | | 3,388.34 | 59862752 |
| 12/01/2025 | rentsub | Subsidized Rent (12/2025) | 1,594.00 | | 4,982.34 | 59864133 |
| 12/03/2025 | | chk# 605585 :HAP - JE 2659282 | | 1,594.00 | 3,388.34 | 21101320 |
| 12/31/2025 | | chk# :ACH-WEB Online Payment - EFT Payment. Web - Resident Services | | 100.00 | 3,288.34 | 21262941 |
| 01/01/2026 | utlelec | Electricity - 10/17/25-11/14/25 | 135.27 | | 3,423.61 | 60095378 |
| 01/01/2026 | utlgas | Gas - 10/13/25-11/11/25 | 124.30 | | 3,547.91 | 60095379 |
| 01/01/2026 | utlfee | Service Fee | 8.99 | | 3,556.90 | 60095380 |
| 01/01/2026 | utlswr | Sewer - 10/12/25-11/12/25 | 61.70 | | 3,618.60 | 60095381 |
| 01/01/2026 | pmadmin | Utility Default Fee - 10/17/25-11/14/25 | 50.00 | | 3,668.60 | 60095382 |
| 01/01/2026 | utlwtr | Water - 10/12/25-11/12/25 | 15.74 | | 3,684.34 | 60095383 |
| 01/01/2026 | rent | Rent (01/2026) | 381.00 | | 4,065.34 | 60527228 |
| 01/01/2026 | rentsub | Subsidized Rent (01/2026) | 1,594.00 | | 5,659.34 | 60527272 |
| 01/01/2026 | smart | Progress Smart Home (01/2026) | 19.99 | | 5,679.33 | 60527285 |
| 01/05/2026 | | chk# :ACH-WEB Online Payment - EFT Payment. Web - Resident Services | | 510.27 | 5,169.06 | 21315243 |
| 01/05/2026 | | chk# 608039 :HAP - JE 2686444 | | 1,594.00 | 3,575.06 | 21349090 |
| 02/01/2026 | utlelec | Electricity - 11/14/25-12/16/25 | 169.77 | | 3,744.83 | 60913739 |
| 02/01/2026 | utlgas | Gas - 11/11/25-12/11/25 | 159.83 | | 3,904.66 | 60913740 |
| 02/01/2026 | utlfee | Service Fee | 8.99 | | 3,913.65 | 60913741 |
| 02/01/2026 | utlswr | Sewer - 11/12/25-12/11/25 | 66.13 | | 3,979.78 | 60913742 |
| 02/01/2026 | pmadmin | Utility Default Fee - 11/14/25-12/16/25 | 50.00 | | 4,029.78 | 60913743 |
| 02/01/2026 | utlwtr | Water - 11/12/25-12/11/25 | 16.94 | | 4,046.72 | 60913744 |
| 02/01/2026 | rent | Rent (02/2026) | 381.00 | | 4,427.72 | 61226690 |
| 02/01/2026 | rentsub | Subsidized Rent (02/2026) | 1,594.00 | | 6,021.72 | 61227305 |
| 02/01/2026 | smart | Progress Smart Home (02/2026) | 19.99 | | 6,041.71 | 61227580 |
| 02/03/2026 | | chk# :ACH-WEB Online Payment - EFT Payment. Web - Resident Services | | 762.00 | 5,279.71 | 21533304 |
| 02/03/2026 | | chk# :ACH-WEB Online Payment - EFT Payment. Web - Resident Services | | 381.00 | 4,898.71 | 21533307 |
| 02/04/2026 | | chk# 610562 :HAP - JE 2713682 | | 1,594.00 | 3,304.71 | 21593425 |
| 02/15/2026 | | chk# :ACH-WEB Online Payment - EFT Payment. Web - Resident Services NSFed by ctrl# 21608615 Automatic NSF 8G7LY90TLJ2, Return Code: R01 Uncollected NSF | | 381.00 | 2,923.71 | 21593690 |
| 02/19/2026 | | chk# :ACH-WEB NSF receipt Ctrl# 21593690 Automatic NSF 8G7LY90TLJ2, Return Code: R01 Uncollected NSF | | (381.00) | 3,304.71 | 21608615 |
| 03/01/2026 | utlelec | Electricity - 12/16/25-01/16/26 | 213.05 | | 3,517.76 | 61446140 |
| 03/01/2026 | utlgas | Gas - 12/11/25-01/10/26 | 219.04 | | 3,736.80 | 61446141 |
| 03/01/2026 | utlfee | Service Fee | 8.99 | | 3,745.79 | 61446142 |
| 03/01/2026 | utlswr | Sewer - 12/11/25-01/14/26 | 84.51 | | 3,830.30 | 61446143 |
| 03/01/2026 | pmadmin | Utility Default Fee - 12/16/25-01/16/26 | 50.00 | | 3,880.30 | 61446144 |
| 03/01/2026 | utlwtr | Water - 12/11/25-01/14/26 | 21.66 | | 3,901.96 | 61446145 |

4 / 5

| 03/01/2026 | rent | Rent (03/2026) | 381.00 | | 4,282.96 | 61822815 |
|---|---|---|---|---|---|---|
| 03/01/2026 | smart | Progress Smart Home (03/2026) | 19.99 | | 4,302.95 | 61825100 |
| 03/01/2026 | rentsub | Subsidized Rent (03/2026) | 1,594.00 | | 5,896.95 | 61828221 |

2

**IT IS ORDERED as set forth below:**

**Date: March 10, 2026**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>Shatique Lavette Kelly aka Shatique Metoyer<br><br>**Debtor(s)**. | CASE NO. 25-58080-jwc<br>CHAPTER 13 |
| Yamasa Co. LTD<br><br>**Movant**<br><br>v.<br><br>Shatique Lavette Kelly aka Shatique<br>Metoyer, Debtor(s);<br>and Nancy J. Whaley, Trustee<br><br>**Respondents**. | Judge Jeffery W. Cavender<br><br>CONTESTED MATTER |

## ORDER DENYING MOTION FOR RELIEF FROM STAY WITH STRICT COMPLIANCE

This matter came before the Court on Movant's Motion for Relief from Stay [Doc. No. 33], as filed on December 8, 2025. A hearing was scheduled on Movant's Motion on January 6, 2026. Prior to said hearing, Movant and Debtor resolved the Motion by evidencing their consent to terms contained herein, as further announced to the Court.

1

Movant is a landlord/creditor pursuant to a Residential Lease Agreement dated August 20 2025, at a rate of $1975.00 per month, plus utilities and other amounts accruing thereunder (hereinafter, the "Lease"). The Lease is executed by Shatique Lavette Kelly aka Shatique Metoyer, relative to certain property known as 872 Bristol Way, Lithonia GA 30058, (hereinafter, the "Property"). A true and correct copy of the Lease was attached to the Motion and incorporated herein by reference.

The Debtor failed to timely remit rent under the terms of the Lease for non-payment of rent and utilities post-petition, including post-petition default for failure to pay rent for October, November, and December 2025; as a result, Movant sought relief from the automatic stay.

Debtor desires to remain in possession of the Property and to otherwise abide by the terms and obligations of the Lease. Therefore, the Court orders as follows:

**IT IS HEREBY ORDERED** that the Motion for Relief from Stay with respect to the Property as to the Debtor is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

**IT IS FURTHER ORDERED** that the total post-petition arrearage through January 2026, representing rent, utilities, and late fees accruing under the terms of the Lease, shall be paid as follows to Movant: $4,085.33 by January 31, 2026.

**IT IS FURTHER ORDERED** that all payments tendered by Debtor to Movant shall be made in certified funds. Payments must be received at Movant's mailing address, located at 7500 N. Dobson Road, Ste 300, Scottsdale AZ 85256 or to such address or payment method as may be hereafter designated. Failure to tender the above-described payment due by January 31, 2026, shall entitle Movant to an order lifting the stay under

2

§§362(a),(d) to allow it to pursue its state law remedies as to Debtor and the Property upon a sworn affidavit of Movant's counsel without further notice or hearing.

**IT IS FURTHER ORDERED** that Debtor will resume strict compliance with the Lease, including as to the monthly rental payments and utilities due beginning February 1, 2026. Should Debtor default on said regular rental payments which come due according to the Lease through August 1, 2026, then upon notice of default sent by first class mail to Debtor to the address(es) that appear on the attached distribution list, and to Debtor's attorney to the designated email address as maintained with the CM/ECF system and failure to cure such default within five (5) days from the date of said notice by sending payment to such address that Movant directs in its Notice of Default, Movant may file a motion and affidavit of default with the Court, with service upon Debtor and Debtor's attorney, and the Court may enter an Order lifting the automatic stay under §§362(a),(d) without further notice or hearing.

[END OF DOCUMENT]

/s/ Matthew F. Totten

Matthew F. Totten
GA Bar No. 798589
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd,
Ste B-136
Atlanta, GA 30338
*Attorney for Movant*

/s/ Jessica Douglas [by exp. perm.]

Jessica Douglas
GA Bar # 340570
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341
*Attorneys for Debtor*

Seen and No Opposition:

/s/  Julie M. Anania [by exp. perm.]

Julie M. Anania
GA Bar # 477064
Office of Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Ave
Atlanta, GA 30303

Distribution List:

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341
*Counsel for Debtor*

Matthew F. Totten
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd,
Ste B-136
Atlanta, GA 30338
*Counsel for Movant*

Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Ave
Atlanta, GA 30303
*Trustee*

Shatique Lavette Kelly aka Shatique Metoyer, Debtor
872 Bristol Way
Lithonia GA 30058

## CERTIFICATE OF SERVICE

This is to certify that, in accordance with BLR 5005-5 (Bankr. N.D. Ga.), I have this date electronically filed the within and foregoing ***AFFIDAVIT OF DEBTOR'S NONCOMPLIANCE WITH COURT ORDER*** in the above-captioned contested matter with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all parties or counsel of record, and specifically, to counsel of record for the parties in interest in this matter:

Nancy J. Whaley
Standing Chapter 13 Trustee
Ste 120, Truist Plaza Garden Offices
303 Peachtree Center Ave
Atlanta, GA 30303

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows

Shatique Lavette Kelly aka Shatique Metoyer, Debtor
872 Bristol Way
Lithonia GA 30058

Dated:  Thursday, April 2, 2026.

THE TOTTEN FIRM, LLC
5579 Chamblee Dunwoody Rd, Ste B-136
Atlanta, GA 30338
(404) 692-4342 (Telephone)
mft@tottenfirm.com

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
ATTORNEY FOR MOVANT

3