**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

SHATIQUE LAVETTE KELLY
872 BRISTOL WAY
LITHONIA, GA  30058

**CASE NO.:** A25-58080-JWC

**CHAPTER:** 13

**FINAL NOTICE CONCERNING YOUR 2025 TAX RETURN AND
POTENTIAL DISMISSAL OF YOUR CASE**

You are required to submit a copy of your tax return to the Trustee every year. My records reflect that I have not received a copy of your 2025 Federal Income Tax Return, including all supporting schedules. **A copy of your 2025 tax return needs to be received by the Trustee no later than June 26, 2026 to avoid a Motion to Dismiss being filed in your case.** Please provide a copy of your return to your bankruptcy attorney so that they may review the return with you and then your attorney will provide a copy to the Trustee. If you are not required to file a tax return for 2025, please notify your attorney.

Additionally, the terms of your Chapter 13 Plan may require you to pay your federal tax refund to the Chapter 13 Trustee to be distributed to your creditors. If you are not certain of your requirement, please contact your attorney. **You need to mail any required tax refund money payable to the Chapter 13 Trustee at the address below by June 26, 2026**. Please make a note that the funds are your tax refund. You may also pay online using the Trustee's EPAY or TFS system. Go to the website for further information: http://www.njwtrustee.com/ debtor- resources/ pay-online/

*Failure to comply with the terms of your confirmed plan may result in the filing of a Motion to Dismiss your case. If you have any questions concerning this matter, please contact your bankruptcy attorney.*

A copy of this Notice was provided to the Debtor(s) electronically by email from the National Data Center or sent by first class U.S. mail to the Debtor(s) at the above address.

Dated:  May 27, 2026

__/s/_____
Nancy J. Whaley
Standing Chapter 13 Trustee
Bar Number: 377941

**Mailing Address:
Office of Nancy J. Whaley
Suite 120, Truist Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303
Fax: 678-992-1202**