**UNITED  STATES  BANKRUPTCY  COURT
NORTHERN  DISTRICT  OF  GEORGIA
ATLANTA  DIVISION**

| | | |
|---|---|---|
| **IN  RE:** | ) | **CHAPTER 13** |
| **SHATIQUE LAVETTE KELLY** | ) | **CASE NUMBER A25-58080-JWC** |
| | ) | |
| **DEBTOR(S)** | ) | |

### TRUSTEE'S  SUPPLEMENTAL  REPORT
### REQUESTING  DISMISSAL

COMES NOW Nancy J. Whaley, Standing Chapter 13 Trustee, in the above styled matter, and respectfully shows the Court as follows:

The debtor(s) filed this case July 21, 2025.

The debtor(s) confirmation hearing was held on November 18, 2025.

The debtor(s) case was confirmed on December 29, 2025.

**The Trustee has reviewed the case as instructed and the debtor has failed to comply with the directions and orders of the Court.**

The debtor was ordered to remit timely payments to the Trustee on a strict compliance basis.  The debtor has failed to do so. Attached as "Exhibit A" is the payment history of the debtor since filing.

**PLEASE ENTER AN ORDER OF DISMISSAL.**

This the 4th day of June, 2026

/s/ _____

Nancy J. Whaley
Standing Chapter 13 Trustee
State Bar No. 377941
303 Peachtree Center Avenue, NE - Suite 120
Atlanta, GA 30303
678-992-1201
nwhaley@njwtrustee.com

**EXHIBIT  "A"**

Case No:  A25-58080-JWC                                      June 04, 2026
SHATIQUE LAVETTE KELLY

**RECEIPT  HISTORY**

| DATE | TYPE | SOURCE | AMOUNT |
|------|------|--------|--------|
| February 06, 2026 | TFSPP | | $144.00 |
| January 26, 2026 | TFSPP | | $144.00 |
| January 09, 2026 | TFSPP | | $144.00 |
| December 29, 2025 | TFSPP | | $144.00 |
| December 12, 2025 | TFSPP | | $144.00 |
| December 01, 2025 | TFSPP | | $144.00 |
| November 17, 2025 | TFSPP | | $144.00 |
| November 03, 2025 | TFSPP | | $160.00 |
| October 31, 2025 | TFSPP | | $144.00 |
| October 20, 2025 | TFSPP | | $144.00 |
| October 03, 2025 | TFSPP | | $144.00 |
| August 29, 2025 | TFSPP | | $310.00 |
| | | | **$1,910.00** |

## CERTIFICATE OF SERVICE

Case No.:  A25-58080-JWC

I certify that on this day I caused a copy of this Chapter 13 Trustee's Supplemental Report Requesting Dismissal to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

**Debtor(s):**
SHATIQUE LAVETTE KELLY
872 BRISTOL WAY
LITHONIA, GA  30058

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Supplemental Report Requesting Dismissal using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
CLARK & WASHINGTON, P.C.

This the 4th day of June, 2026

/s/_____

   Nancy J. Whaley
   Standing Chapter 13 Trustee
   State Bar No. 377941
   303 Peachtree Center Avenue, NE - Suite 120
   Atlanta, GA 30303
   678-992-1201
   nwhaley@njwtrustee.com