## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In     Debtor(s)
Re:   **Shatique Lavette Kelly**
872 Bristol Way
Lithonia, GA 30058

Case No.: **25−58080−jwc**
Chapter: **13**
Judge: **Jeffery W. Cavender**

**xxx−xx−3715**

### ORDER OF DISMISSAL

The Chapter 13 Trustee reports that the Debtor(s) has failed to comply with the direction of the Court. Therefore,

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

_____

Jeffery W. Cavender
United States Bankruptcy Judge

Dated: June 5, 2026

Form 157

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                          Case No. 25-58080-jwc

Shatique Lavette Kelly                                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9                          User: bncadmin                          Page 1 of 4

Date Rcvd: Jun 05, 2026                       Form ID: 157                            Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shatique Lavette Kelly, 872 Bristol Way, Lithonia, GA 30058-8252 |
| cr | + | YAMASA CO., LTD, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350 UNITED STATES 30338-4154 |
| 25375999 | + | Kinum Inc, RA: URS AGENTS, INC. (CA), 3675 Crestwood Pkwy, Suite 100, Duluth, GA 30096-5045 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jun 06 2026 00:39:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jun 06 2026 00:39:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: bkyelectnotices@trelliscompany.org | Jun 05 2026 20:58:00 | Sloan Servicing, c/o Trellis Company, PO Box 83100, Round Rock, TX 78683-3100 |
| 25438580 | + | EDI: AISACG.COM | Jun 06 2026 00:39:00 | Ally Bank, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25375979 | + | EDI: GMACFS.COM | Jun 06 2026 00:38:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 25483726 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2026 20:56:22 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25375980 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 05 2026 20:57:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 25375981 | ^ | MEBN | Jun 05 2026 20:51:24 | CACI, Attn: Bankruptcy, 500 Northwest Plaza, Florissant, MO 63074 |
| 25401464 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 05 2026 20:56:07 | Capital Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 25375982 | + | EDI: CAPITALONE.COM | Jun 06 2026 00:39:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 25375983 | + | EDI: CAPONEAUTO.COM | Jun 06 2026 00:39:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 25427677 | + | EDI: AISACG.COM | Jun 06 2026 00:39:00 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 25387223 | | EDI: DISCOVER | Jun 06 2026 00:39:00 | Capital One, N.A., successor by merger to, Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 25375984 | + | EDI: WFNNB.COM | | |

District/off: 113E-9                     User: bncadmin                                    Page 2 of 4

Date Rcvd: Jun 05, 2026                  Form ID: 157                                 Total Noticed: 50

| | | | |
|---|---|---|---|
| | | Jun 06 2026 00:39:00 | Comenity Capital/Acadmy, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 25375985 | + Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | Jun 05 2026 20:58:00 | Credit Systems International, Inc, Attn: Bankruptcy, Po Box 1088, Arlington, TX 76004-1088 |
| 25375986 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 05 2026 20:58:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 25375987 | + EDI: DISCOVER | Jun 06 2026 00:39:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 25375990 | + Email/Text: operations@tilt.com | Jun 05 2026 20:58:00 | Empower Cash Advance, Attn: Bankruptcy, 660 York St Ste 102, San Francisco, CA 94110-2102 |
| 25375991 | Email/Text: BNSFN@capitalsvcs.com | Jun 05 2026 20:57:00 | First National Bank, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 25375993 | + Email/Text: bankruptcy@fsnb.com | Jun 05 2026 20:59:00 | FSNB, Attn: Bankruptcy, Po Box 33009, Fort Sill, OK 73503-0009 |
| 25473314 | + Email/Text: bankruptcy@fsnb.com | Jun 05 2026 20:59:00 | FSNB, N.A., 511 SW A AVE, LAWTON, OK 73501-3927 |
| 25375992 | + EDI: AMINFOFP.COM | Jun 06 2026 00:39:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 25375994 | EDI: GADEPTOFREV | Jun 06 2026 00:39:00 | Georgia Department of Revenue, Compliance Division, ARCS Bankruptcy, 1800 Century BLVD NE Suite 9100, Atlanta, GA 30345-3202 |
| 25375995 | + Email/Text: ahamilton@hillcrestdavidson.com | Jun 05 2026 20:57:00 | Hillcrest Davidson & Associates, Attn: Bankruptcy, 715 N Glenville - Suite 450, Richardson, TX 75081-2898 |
| 25375996 | + EDI: LCIICSYSTEM | Jun 06 2026 00:39:00 | IC Systems, Inc, Attn: Bankruptcy, 444 Hwy 96 East, St. Paul, MN 55127-2557 |
| 25375997 | EDI: IRS.COM | Jun 06 2026 00:39:00 | IRS, 401 W. Peachtree St., NW, Stop #334-D, Room 400, Atlanta, GA 30308 |
| 25438821 | EDI: JEFFERSONCAP.COM | Jun 06 2026 00:39:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 25375998 | + EDI: JEFFERSONCAP.COM | Jun 06 2026 00:39:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 25483642 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2026 20:56:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25401467 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 05 2026 20:56:07 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 25376000 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 05 2026 20:56:07 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 25480933 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 05 2026 20:58:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 25376001 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 05 2026 20:58:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 25376002 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 05 2026 20:58:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 25485572 | EDI: PRA.COM | Jun 06 2026 00:39:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 25444794 | + EDI: JEFFERSONCAP.COM | Jun 06 2026 00:39:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 25376003 | + Email/Text: bknotices@progressresidential.com | Jun 05 2026 20:58:00 | Progress Residential, 7500 N. Dobson Rd, #300, Scottsdale, AZ 85256-2727 |

District/off: 113E-9    User: bncadmin    Page 3 of 4
Date Rcvd: Jun 05, 2026    Form ID: 157    Total Noticed: 50

| 25437876 | | EDI: Q3G.COM | Jun 06 2026 00:39:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 25455992 | | EDI: Q3G.COM | Jun 06 2026 00:39:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 25393928 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 05 2026 20:58:00 | Sloan Servicing on behalf of ECMC, Educational Credit Management Corp, PO Box 16408, St. Paul MN 55116-0408 |
| 25393973 | | Email/Text: bkyelectnotices@trelliscompany.org | Jun 05 2026 20:58:00 | Sloan Servicing on behalf of Trellis Company, Trellis Company, PO Box 83100, Round Rock TX 78683-3100 |
| 25376004 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Jun 05 2026 20:57:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, Po Box 9004, Melville, NY 11747-9004 |
| 25376005 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 05 2026 20:58:00 | Transworld System Inc, Attn: Bankruptcy, Po Box 15618, Wilmington, DE 19850-5618 |
| 25376006 | + | Email/Text: accountservicing@trueaccord.com | Jun 05 2026 20:57:00 | Trueaccord C, 16011 College Blvd, Lenexa, KS 66219-1366 |
| 25390613 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 05 2026 20:58:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, LINCOLN, NE 68508-1911 |
| 25376862 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Jun 05 2026 20:58:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 25376007 | ^ | MEBN | Jun 05 2026 20:51:38 | Velocity Investments, LLC, RA: Corporation Service Company, 2 Sun Court, Suite 400, Norcross, GA 30092-2865 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25375988 | | Eddie Kelly |
| 25375989 | | Eddie Kelly |
| 25395637 | * | Sloan Servicing on behalf of Trellis Company, Trellis Company, PO Box 83100, Round Rock TX 78683-3100 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2026 at the address(es) listed below:

Name          Email Address

District/off: 113E-9                    User: bncadmin                         Page 4 of 4
Date Rcvd: Jun 05, 2026                 Form ID: 157                           Total Noticed: 50

E. L. Clark

    on behalf of Debtor Shatique Lavette Kelly cwatlantabk@gmail.com  clarkwash@ecf.courtdrive.com

Matthew Franklin Totten

    on behalf of Creditor YAMASA CO.  LTD mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

Nancy J. Whaley

    ecf@njwtrustee.com


TOTAL: 3