**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Atlanta Division 1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404−215−1000

| | | |
|---|---|---|
| In Re: | **Shatique Lavette Kelly** | Case No.: **25−58080−jwc**<br>Chapter:  **13**<br>Judge:  **Jeffery W. Cavender** |
| | Debtor(s) | |

### ORDER TO EMPLOYER TO TERMINATE ORDER TO DEDUCT OR REMIT

To: Alex E. Rikhter, MD PC

It appearing that this case was DISMISSED on 6/5/26,

It is hereby ORDERED that the previous Order issued by this Court directing the Employer to deduct a portion of the above−referenced Debtor(s) wages is hereby TERMINATED, thus relieving the Employer of any obligation to deduct from any monies due and owing to the debtor.

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's Counsel, any Trustee, and Employer.

SO ORDERED, on 6/12/26

Jeffery W. Cavender
UNITED STATES BANKRUPTCY JUDGE

Dated: June 12, 2026

Form termedo −08/2019

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                      Case No. 25-58080-jwc

Shatique Lavette Kelly                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9                          User: bncadmin                          Page 1 of 2

Date Rcvd: Jun 12, 2026                       Form ID: termedo                        Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++       Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shatique Lavette Kelly, 872 Bristol Way, Lithonia, GA 30058-8252 |
| | ++++ | ALEX E. RIKHTER, MD PC, 6105 PEACHTREE DUNWOODY RD STE C125, SANDY SPRINGS GA 30328-5942 address filed with court:, Alex E. Rikhter, MD PC, 1140 Hammond Drive, Suite G-7105, Atlanta, GA 30328 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| E. L. Clark | on behalf of Debtor Shatique Lavette Kelly cwatlantabk@gmail.com  clarkwash@ecf.courtdrive.com |
| Matthew Franklin Totten | on behalf of Creditor YAMASA CO.  LTD mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Nancy J. Whaley | ecf@njwtrustee.com |
| Nancy J. Whaley | on behalf of Trustee Nancy J. Whaley ecf@njwtrustee.com |

District/off: 113E-9                                    User: bncadmin                                         Page 2 of 2
Date Rcvd: Jun 12, 2026                                Form ID: termedo                                    Total Noticed: 2
TOTAL: 4