**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re:

    SHATIQUE LAVETTE KELLY

       Debtor(s)

Case No. A25-58080-JWC

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Nancy Whaley, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/21/2025.

2) The plan was confirmed on 12/29/2025.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 06/05/2026.

6) Number of months from filing or conversion to last payment: 7.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $23,954.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $1,910.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$1,910.00** |

## Expenses of Administration:

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $458.55 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $124.15 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$582.70** |

Attorney fees paid and disclosed by debtor:          $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLY BANK | Unsecured | NA | 2,284.44 | 2,284.44 | 0.00 | 0.00 |
| ALLY BANK | Secured | 8,996.00 | 7,250.00 | 7,250.00 | 1,235.76 | 91.54 |
| ASHLEY FUNDING SERVICES LLC | Unsecured | NA | 87.51 | 87.51 | 0.00 | 0.00 |
| CAPITAL BANK | Unsecured | NA | 709.02 | 709.02 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE, A DIV | Unsecured | 7,379.00 | 7,379.96 | 7,379.96 | 0.00 | 0.00 |
| CAPITAL ONE, N.A., SUCCESSOR BY | Unsecured | 1,052.00 | 1,052.51 | 1,052.51 | 0.00 | 0.00 |
| FSNB N.A. | Unsecured | 293.00 | 293.30 | 293.30 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 506.00 | 506.80 | 506.80 | 0.00 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | NA | 380.00 | 380.00 | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 880.00 | 880.42 | 880.42 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, II | Unsecured | 1,594.00 | 923.52 | 923.52 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, II | Unsecured | NA | 671.89 | 671.89 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 401.00 | 387.03 | 387.03 | 0.00 | 0.00 |
| PREMIER BANKCARD, LLC | Unsecured | 686.00 | 686.24 | 686.24 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 554.00 | 554.44 | 554.44 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 1,929.00 | 1,928.52 | 1,928.52 | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 2,077.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 869.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 254.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 779.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 474.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 3,171.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 653.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 417.00 | NA | NA | 0.00 | 0.00 |
| SLOAN SERVICING ON BEHALF OF E | Unsecured | 4,236.00 | 2,462.18 | 2,462.18 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SLOAN SERVICING ON BEHALF OF T | Unsecured | NA | 1,794.20 | 1,794.20 | 0.00 | 0.00 |
| U.S. DEPARTMENT OF EDUCATION | Unsecured | 57,914.00 | 58,093.12 | 58,093.12 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,250.00 | $1,235.76 | $91.54 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$7,250.00** | **$1,235.76** | **$91.54** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$81,075.10** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $582.70 |
| Disbursements to Creditors | $1,327.30 |
| **TOTAL DISBURSEMENTS :** | **$1,910.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/23/2026                         By: /s/ Nancy Whaley

                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

## CERTIFICATE OF SERVICE

Case No. A25-58080-JWC

I certify that on this day I caused a copy of this Trustee's Final Report to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

**Debtor(s):**
SHATIQUE LAVETTE KELLY
872 BRISTOL WAY
LITHONIA, GA  30058

I further certify that I have on this day electronically filed the foregoing Trustee's Final Report using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
CLARK & WASHINGTON, P.C.

This the 23rd day of June, 2026.

/s/_____
   Nancy Whaley
   Standing Chapter 13 Trustee
   State Bar No. 377941
   303 Peachtree Center Avenue
   Truist Garden Offices, Suite 120
   Atlanta, GA  30303
   678-992-1201

**UST Form 101-13-FR-S (09/01/2009)**